# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:21-cr-0005 |
| ) | |
| **SOMALIE BRUCE and JEANORAH** ) | |
| **WILLIAMS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the trial in this matter currently scheduled for November 1, 2021. For the reasons stated herein, the time to try this case is extended up to and including May 9, 2022.

In response to the current conditions in the COVID-19 pandemic, the undersigned, as Chief Judge of the District Court of the Virgin Islands, issued a general order concerning operations of the Court on September 30, 2021, suspending all jury trials through October 31, 2021.[1] The Court hereby fully incorporates the findings from the Court's Twenty-Seventh Operations Order as fully stated herein.

To date, the COVID-19 virus has claimed more than 741,000 lives in the United States (81 of which have been in the U.S. Virgin Islands). COVID-19 continues to present an unpredictable threat to public health and safety, as shown in the recent surge in COVID-19 cases both in the continental United States and the Virgin Islands. As a multi-defendant case, this case presents significant challenges for the Court to comply with social distancing guidelines during the jury trial. Practical considerations would require additional spacing for Defendants, counsel, and jurors—and the potential for additional jurors in the courtroom. As such, the Court finds that extending the period within which Defendants may be tried under the Speedy Trial Act is necessary for the protection and well-being of the Defendants,

---

[1] https://www.vid.uscourts.gov/sites/vid/files/general-ordes/Twenty-Seventh%20Order%20Concerning%20Court%20Operations%20During%20COVID%20Outbreak.pdf

*United States v. Bruce et al.*
Case No.: 3:21-cr-0005
Order
Page 2 of 2

the jury, the prosecutors, the witnesses, the Court's personnel, and the general public at large. [2]

The premises considered, it is hereby

**ORDERED** that the time beginning from the date of this order granting an extension through May 9, 2022 **SHALL** be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161; it is further

**ORDERED** that the parties **SHALL** file and serve a pre-trial brief no later May 2, 2022, which shall include the following: (a) proposed list of witnesses; (b) proposed list of exhibits; (c) estimated length of case-in-chief and case-in-defense; (d) proposed non-standard *voir dire* questions; and (e) proposed non-standard jury instructions related to the elements of the charges and defenses; it is further

**ORDERED** that the parties **SHALL** provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits no later than May 4, 2022;[3] and it is further

**ORDERED** that the jury selection and trial in this matter **SHALL** commence promptly at 9:00 on May 9, 2022, in St. Thomas Courtroom 1.

**Dated:** October 29, 2021         /s/*Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **Chief Judge**

---

[2] The Speedy Trial Act also excludes "[a]ny period of delay resulting from other proceedings concerning the defendant, including . . . (D) delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion. . . ." 18 U.S.C. § 3161(h)(1). In this matter, there are numerous pending motions docketed at ECF Nos. 40, 42, 43, 45, 74, 78, and 91. Additionally, during the October 29, 2021 Status Conference, counsel for Defendant Somalie Bruce indicated that that he has been unable to meet with Bruce in person due to restrictions caused by COVID-19 pandemic. Bruce is currently detained in the Metropolitan Detention Center in Guaynabo, Puerto Rico.

[3] Counsel are advised to consult with Court technical staff to determine the proper format for saving electronic versions of exhibits. The Government's trial exhibits shall be labelled sequentially beginning with Government's Exhibit 1. Defense exhibits shall be labelled sequentially beginning with Defense Exhibit A.