# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:21-cr-0005 |
| ) | |
| **SOMALIE BRUCE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**APPEARANCES:**

**Gretchen C.F. Shappert, United States Attorney**
**Alessandra Parisi Serano, AUSA**
**Juan Albino, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Martial Webster**
Law Offices of Martial A. Webster Sr.
St. Croix, U.S.V.I.
    *For Somalie Bruce.*

## ORDER

**MOLLOY, C.J.**

    **BEFORE THE COURT** is the United States' Motion to Revoke the Magistrate Judge's Order of Release. (ECF No. 74.) For the reasons stated in the Memorandum Opinion of even date, the Court will grant the United States' motion.

    The premises considered, it is hereby

    **ORDERED** the United States' Motion to Revoke the Magistrate Judge's Order of Release, ECF No. 74, is **GRANTED**; and it is further

*United States v. Bruce*
Case No. 3:21-cr-0005
Order
Page 2 of 2

**ORDERED** that the Defendant Somalie Bruce's Renewed motion for Release in Accordance with Magistrate Judge's Order of Release, ECF No. 91, is **DENIED**.

**Dated:** November 10, 2021  /s/*Robert A. Molloy*
　　　　　　　　　　　　　　　　　　　　**ROBERT A. MOLLOY**
　　　　　　　　　　　　　　　　　　　　**Chief Judge**